UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

MD A Kashem

Debtor(s).

NOTICE OF MOTION

CASE #: 1-19-40024-cec
CHAPTER 7

**PLEASE TAKE NOTICE** that upon the annexed Application of Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP3, a secured creditor of the Debtor, by the undersigned will move this Court at the United States Bankruptcy Court, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800 on March 21, 2019 at 2:00 p.m., or as soon thereafter as Counsel may be heard, for an Order pursuant to Bankruptcy Code Section 362(d), granting Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP3, as mortgagee of the debtor's property located at 168-46 89th Avenue, Jamaica, NY 11432, relief from the automatic stay for the purpose of foreclosing its Mortgage, and for such other and further relief as the Court deems just and proper.

**[This space intentionally left blank.]**

{6916059:5 }20190013

**PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(a), ANY ANSWERING PAPERS ARE TO BE SERVED SO AS TO BE RECEIVED BY THE SECURED CREDITOR'S COUNSEL NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING DATE.**

DATED:   February 22, 2019
         Rochester, New York

/s/ *Aleksandra K. Fugate, Esq.*
WOODS OVIATT GILMAN LLP
Aleksandra K. Fugate, Esq.
Attorneys for Secured Creditor
700 Crossroads Building
2 State Street
Rochester, New York 14614
Telephone: 855-227-5072

TO:

Ehsanul Habib
Law Office of Ehsanul Habib
118-21 Queens Blvd, Suite 603
Forest Hills, NY 11375

MD A Kashem
168-46 89th Avenue
Jamaica, NY 11432

Mohammed M Hossain
168-46 89th Avenue
Jamaica, NY 11432

David J Doyaga
26 Court Street
Suite 1601
Brooklyn, NY 11242

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014