# Exhibit B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

MD A Kashem

CASE #: 1-19-40024-cec
CHAPTER 7

Debtor(s).

## RELIEF FROM STAY – REAL ESTATE AND COOPERATIVE APARTMENTS

### BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT:

   168-46 89th Avenue
   Jamaica, NY 11432

2. LENDER NAME: Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP3

3. MORTGAGE DATE: February 10, 2005

4. POST-PETITION PAYMENT ADDRESS:
   Wells Fargo Home Mortgage
   Attention: Bankruptcy Payment Processing
   One Home Campus
   MAC F2302-04C
   Des Moines, IA 50328

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $601,934.01 as of February 13, 2019

   *(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION)*

{6916095:3 }20190013

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT AS OF THE MOTION FILING DATE: $660,000.00

7. SOURCE OF ESTIMATED VALUE: BPO/Appraisal

### STATUS OF DEBT AS OF THE PETITION DATE

8. DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF THE PETITION DATE

   A. TOTAL: $599,269.99

   B. PRINCIPAL: $341,494.36

   C. INTEREST: $191,863.69

   D. ESCROW (TAXES AND INSURANCE): $52,111.52

   E. FORCED PLACED INSURANCE EXPENDED BY MOVANT: $0.00

   F. PRE-PETITION ATTORNEYS FEES, CHARGED TO DEBTOR(S): $6,574.96

   G. PRE-PETITION LATE FEES CHARGED TO DEBTOR(S): $870.30

9. CONTRACTUAL INTEREST RATE: 6.875%

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE: Title Fees $1,122.56, Publication Costs $3,622.60, Filing Fees $635.00, Clerk Costs $40.00, Referee Fees $250.00, Recording Fees $70.00, BPO $255.00, Inspection Fees $360.00

---

(If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: <#>.)

### AMOUNT OF POST-PETITION DEFAULT AS OF THE MOTION FILING DATE

11. DATE RECEIPT OF LAST PAYMENT: August 21, 2015

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE: 1 PAYMENT(S)

13. POST-PETITION PAYMENTS IN DEFAULT:

| Payment Due Date | Amount Due | Amount Received | Amount Applied To Principal | Amount Applied To Interest | Amount Applied To Escrow | Late Fee Charged (If Any) |
|---|---|---|---|---|---|---|
| 02/01/2019 | $3,045.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS: | $3,045.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

14 OTHER POST-PETITION FEES CHARGED TO DEBTOR(S):

    A. Total:                                                          $0.00

    B. ATTORNEYS' FEES IN CONNECTION WITH THIS MOTION:     $0.00

    C. FILING FEE IN CONNECTION WITH THIS MOTION:         $0.00

    D. OTHER POST-PETITION ATTORNEYS' FEES:               $0.00

    E. POST-PETITION INSPECTION FEES:                      $0.00

    F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES:  $0.00

    G. FORCED PLACED INSURANCE EXPENDED BY MOVANT:       $0.00

15. AMOUNT HELD IN SUSPENSE BY MOVANT                 $0.00

16. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE: N/A

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party.
(Exhibit A.)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit A.)

(3) Copies of documents establishing that Movant's interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property or cooperative apartment is located in. (Exhibit A.)

[Remainder of Page Intentionally Left Blank]

## DECLARATION AS TO BUSINESS RECORDS

I, __Vanessa Carolina Hualde____, THE VICE PRESIDENT LOAN DOCUMENTATION OF WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AP3, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT FORT MILL, SOUTH CAROLINA ON THIS 15th DAY OF February, 2019

NAME:   Vanessa Carolina Hualde

VICE PRESIDENT LOAN DOCUMENTATION

WELLS FARGO BANK, N.A. AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AP3

3476 STATEVIEW BLVD
FORT MILL, SOUTH CAROLINA 29715

## DECLARATION

I, ___Vanessa Carolina Hualde_____, THE VICE PRESIDENT LOAN DOCUMENTATION OF WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AP3, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT FORT MILL, SOUTH CAROLINA ON THIS____15th___ DAY OF February, 2019

NAME:   Vanessa Carolina Hualde

VICE PRESIDENT LOAN DOCUMENTATION

Wells Fargo Bank, N.A., as servicer for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AP3

3476 STATEVIEW BLVD
FORT MILL, SOUTH CAROLINA 29715

{6916095:3 }20190013