# Exhibit D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

MD A Kashem

               Debtor(s).

ORDER

CASE #: 1-19-40024-cec
CHAPTER 7

### ORDER PURSUANT TO 11 U.S.C. § 362(D) VACATING THE AUTOMATIC STAY VACATING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. §362(a)

Upon the Motion dated February 22, 2019, of Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP3 ("Secured Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code ("Bankruptcy Code") vacating the automatic stay to allow the Secured Creditor enforcement of its rights in and remedies in and to 168-46 89th Avenue, Jamaica, NY 11432 (the "Property"). This Court, having considered the evidence presented an the arguments of the parties and with good cause appearing therefor; it is hereby

**ORDERED** that the automatic stay is hereby lifted and vacated pursuant to Bankruptcy Code Section 362(d) to permit Secured Creditor to allow the Secured Creditor to exercise all rights under applicable laws with respect to the property located at 168-46 89th Avenue, Jamaica, NY 11432; and it is further

**ORDERED** that the Chapter 7 Trustee shall be served with a copy of the Referee's Report of Sale within thirty (30) days of the Report [if applicable], and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED** that if the case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this order will remain in full force and effect.